# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
### (Tampa Division)

TAMPA BAY AMERICANS WITH
DISABILITIES ASSOCIATION, INC.,
a not-for-profit Florida corporation,
BARBARA CONKLIN and
VIVIAN PETERS,

      Plaintiffs,

vs.                                    Case No.: 8:06-cv-345-T-24MAP

COUNTRY PIZZA INN, INC., a Florida corporation
and ARTHUR ALIMONOS,

      Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Tampa Bay Americans With Disabilities, Inc. ("TBADA"), Barbara Conklin and Vivian Peters, hereby give notice that this matter has been settled and file this Notice of Voluntary Dismissal With Prejudice of all the claims asserted in this matter.

                                                  Respectfully Submitted,

                                                  THE LAW OFFICE OF
                                                  WILLIAM J. MOORE, III, P.A.
                                                  1648 Osceola Street
                                                  Jacksonville, Florida 32204
                                                  (904) 685-2172  (telephone)
                                                  (904) 685-2175  (facsimile)

                                                  s/William J. Moore, III
                                                  William J. Moore, III
                                                  Fla. Bar No. 0971812
                                                  wmoore@wjmlaw.net
                                                  Trial Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of August, 2006, a true and correct copy of the foregoing document was furnished by first-class U.S. mail to Mr. Arthur Alimonos, individually, and as Registered Agent for Country Pizza Inn, Inc., at 3419 Oak Creek Drive East, Clearwater, Florida 33761.

                                        s/William J. Moore, III
                                        William J. Moore, III